**Order entered April 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00334-CV

### MCLANE COMPANY, Appellant

### V.

### SARAH EWING, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, R.C.M., C.R.M., C.R.M., R.C.M., H.M.E., W.D.E., AND T.M.E., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01104-D**

## ORDER

This is an accelerated appeal that has been consolidated with a mandamus. The clerk's record was due March 30, 2019. On April 17, 2019, appellant provided the Court with written verification that the clerk's record has been paid for.

In light of this, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, the clerk's record.

Appellant's brief is **DUE** twenty days after the clerk's record is filed. *See* TEX. R. APP. P. 38.6.

        /s/     KEN MOLBERG
                    JUSTICE